```
1  BENJAMIN B. WAGNER
   United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America       SEALED
7
```



FILED
NOV 09 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___J. HELLINGS___
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11 MJ 00242 GSA |
| Plaintiff, | APPLICATION AND ORDER SEALING COMPLAINT AND AFFIDAVIT |
| v. | |
| Ruben PEREZ-PEREZ, | |
| Defendant. | |

The United States of America requests that the complaint and affidavit in support of the complaint in this case be sealed to prevent the potential flight of the defendant, to protect the integrity of the underlying investigation, and to prevent the possible destruction of evidence. The United States further requests that the unsealing of the complaint and affidavit be automatic and self-executing if the defendant herein is arrested on the complaint.

DATED: November 9, 2011       BENJAMIN B. WAGNER
                              United States Attorney

                          By: /s/ Ian L. Garriques
                              IAN L. GARRIQUES
                              Assistant U.S. Attorney

1

## SEALING ORDER

Good cause having been shown, IT IS HEREBY ORDERED that the complaint and affidavit in support of the complaint be sealed. If the defendant herein is arrested on the complaint, the unsealing of the complaint and affidavit shall be automatic and self-executing, and no further order by this Court shall be necessary for unsealing.

DATED: November 9, 2011

HON. GARY S. AUSTIN
UNITED STATES MAGISTRATE JUDGE